# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZULFIA DAVIS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>VITAS HEALTHCARE CORPORATION OF CALIFORNIA et al.,<br><br>　　Defendants. | Case No. 2:25-cv-01572-SB-AGR<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF WITHOUT PREJUDICE** |

Pursuant to the parties' stipulation, Dkt. No. 11, this action is hereby dismissed without prejudice, with each party to bear its own fees and costs.

Dated: March 19, 2025

　　　　　　　　　　　　　　　　　　　　_/s/ JBS_
　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

---

**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE**